UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN G., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 2:20-cv-00102-JAW |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of | ) |
| the Social Security Administration, | ) |
| | ) |
|    Defendant. | ) |

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On December 15, 2020 the Magistrate Judge filed his report and recommended decision in this case, recommending the Court affirm the administrative law judge's (ALJ) decision denying Mr. G Social Security benefits.  *Report and Recommended Decision* (ECF No. 18) (*Recommended Decision*).  On December 29, 2020, the Plaintiff, Brian G., filed an objection to the Recommended Decision.  *Pl.'s Objs. to the United States Magistrate Judge's Report and Recommended Decision* (ECF No. 19).  On January 6, 2021, the Commissioner of the Social Security Administration (SSA) filed his response to Mr. G.'s objection.  *Def.'s Resp. to Pl.'s Obj. to the Magistrate Judge's Report and Recommended Decision* (ECF No. 20).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and made a de novo determination of all matters adjudicated by the Recommended Decision.  The Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in his

Recommended Decision and the Commissioner's initial decision and determines that no further proceeding is necessary.

For the reasons contained in the Report and Recommended Decision and this Order, the Court affirms and adopts the Report and Recommended Decision (ECF No. 18).

1. It is therefore **ORDERED** that the Report and Recommended Decision of the Magistrate Judge (ECF NO. 18) is hereby **AFFIRMED** and **ADOPTED**.

2. It is further **ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2021.